```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.-B.S. and J.C., *individually and on behalf of their child, I.C.*,

                Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                Defendant.

No. 23-cv-3610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    May 15, 2023
             New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge