UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.-B.S. and J.C., *individually and on behalf of their child, I.C.*,

      Plaintiffs,

    v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

No. 23-cv-3610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  No later than February 15, 2024, the parties shall submit a joint letter indicating whether there is a need for discovery. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: February 7, 2024
    New York, New York

            _____
            Ronnie Abrams
            United States District Judge