UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.-B.S. and J.C., *individually and on behalf of their child, I.C.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | No. 23-cv-3610 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On February 7, 2024, the Court ordered the parties to submit a joint letter by February 15, 2024, indicating whether there is a need for discovery and, if there is no such need, to include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. To date, no letter has been filed.

The parties shall submit their joint letter no later than February 28, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  February 20, 2024
        New York, New York

_____
Ronnie Abrams
United States District Judge