UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.-B.S. and J.C., *individually and on behalf of their child, I.C.*,

            Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

No. 23-cv-3610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On February 7, 2024, the Court ordered the parties to submit a joint letter by February 15, 2024, indicating whether there is a need for discovery and, if there is no such need, to include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. *See* Dkt. 17. The parties did not do so, and on February 20, 2024, the Court further ordered the parties to submit a joint letter by February 28, 2024. *See* Dkt. 18. On that day, Defendant submitted a letter indicating that it had been unable to contact Plaintiffs. *See* Dkt. 19. To date, no letter has been submitted by Plaintiffs.

    Plaintiffs shall submit their letter no later than March 12, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 4, 2024
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge